IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT T. BALDELLI, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-CV-02642-CDJ |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC, *et al.* | ) | |
| Defendants. | ) | |

**NATIONAL CREDIT SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant National Credit Systems, Inc. ("NCS"), hereby certifies that NCS is not owned by any parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: July 16, 2021                                                          Respectfully Submitted,

*/s/ Robert J. Foster, Esquire*
Robert J. Foster, Esquire
Pa. ID No. 61912
Reger, Rizzo, Darnall, LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, Pa 19104
Phone: 215.495.6514
Fax: 215.495.6600
rfoster@regerlaw.com

**PROOF OF SERVICE**

The undersigned declares under penalty of perjury that on July 16, 2021, she served the foregoing upon the following parties via ECF on all parties that have entered their appearance in this matter.

*/s/ Robert J. Foster, Esquire*
Robert J. Foster

1